Douglas C. PROFFITT, Petitioner,

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 04–3185.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2005.

Before BRYSON, GAJARSA, and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

Robert V. CHISHOLM, Claimant–Appellant,

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 04–7027.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2005.

*ORDER*

Upon consideration of Robert V. Chisholm's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The stay of the briefing schedule is lifted.

(2) The motion to dismiss is granted.

(3) Each side shall bear its own costs.